AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Jason Gerding
AKA: N/A

*Defendant*

Case: 1:21-mj-00148
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/19/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Jason Gerding__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)-Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. 1752(a)(2)-Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Building or Grounds
40 U.S.C. 5104(e)(2)(D), (G)-Violent Entry and Disorderly Conduct on Capitol Grounds

Date: January 21, 2021

2021.01.21 20:38:41 -05'00'
*Issuing officer's signature*

City and state:  Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Jason Gerding
Known aliases: N/A
Last known residence: 2418 N 12th St, Quincy, IL 62305
Prior addresses to which defendant/offender may still have ties: N/A

Last known employment: N/A
Last known telephone numbers: Unknown
Place of birth:
Date of birth: 8/12/1970
Social Security number:
Height:                                     Weight:
Sex: Male                                   Race: White
Hair:                                       Eyes:
Scars, tattoos, other distinguishing marks: Unknown

History of violence, weapons, drug use: Unknown

Known family, friends, and other associates *(name, relation, address, phone number)*: Unknown

FBI number: 1100854CH8
Complete description of auto: N/A

Investigative agency: FBI
Investigative agency address: 601 4th ST NW, Washington, D.C. 20535
Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
N/A

Date of last contact with pretrial services or probation officer *(if applicable)*: N/A

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00148 |
| Christina Gerding | ) Assigned to: Judge Zia M. Faruqui |
| AKA: N/A | ) Assign Date: 1/19/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Christina Gerding _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)-Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. 1752(a)(2)-Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Building or Grounds
40 U.S.C. 5104(e)(2)(D), (G)-Violent Entry and Disorderly Conduct on Capitol Grounds

Date: January 21, 2021

                                                                    2021.01.21 20:42:04 -05'00'
                                                                    *Issuing officer's signature*

City and state:     Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
                                             *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

                                                                    *Arresting officer's signature*

                                                                    *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Christina Gerding
Known aliases: N/A
Last known residence: 2418 N 12th St, Quincy, IL 62305
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth:
Date of birth: 9/30/1974
Social Security number:
Height:                                                Weight:
Sex:                                                   Race:
Hair:                                                  Eyes:
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: N/A
Complete description of auto:

Investigative agency: FBI
Investigative agency address: 601 4th ST NW, Washington, D.C. 20535
Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: