



## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

**OFFICE OF THE CLERK**
TEL: 217.492.4020
FAX: 217.492.4028

February 1, 2021

U.S. District Court for the District of Columbia
Attn:  Criminal Division
333 Constitution Avenue N.W.
Washington, D.C. 20001

RE:  USA v. Jason Gerding          Central District of Illinois Case # 21-mj-3008-01
     USA v Christina Gerding      Central District of Illinois Case # 21-mj-3008-02

          District of Columbia Case #21-mj-148

Dear Clerk of Court:

On, January 28, 2021 , this Court held Rule 5 proceedings for the above-named defendants who
have been charged in your court.  We are an electronic filing court and you may find any
documents you need by accessing our electronic case file at the following address:
http://ecf.ilcd.uscourts.gov

If you have any questions, please feel free to contact the Springfield office.

Very truly yours,

SHIG YASUNAGA,
CLERK OF COURT

| Peoria Division | Urbana Division | Springfield Division | Rock Island Division |
|---|---|---|---|
| 100 N.E. Monroe St. | 201 S. Vine St. | 600 E. Monroe St. | (Temporarily relocated for |
| Room 305 | Room 218 | Room 151 | mail and hearings to): |
| Peoria, IL 61602 | Urbana, IL 61802 | Springfield, IL 62701 | 131 E. 4th Street, Rm 250 |
| 309.671.7117 | 217.373.5830 | 217.492.4020 | Davenport, IA 52801 |
| | | | 309.793.5778 |